USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CESARIO VAZQUEZ,

                Plaintiff,

    - against -

AMERICA'S FINEST DELI CORP., et al,

                Defendants.

------------------------------------------------------------X

22-CV-7205 (RWL)


**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The parties having consented to my jurisdiction for all purposes (Dkt. 47), the parties shall, by August 31, 2023, file the proposed settlement agreement with a fairness letter as previously directed by Judge Liman (Dkt. 35).


SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE


Dated: August 11, 2023
     New York, New York

Copies transmitted this date to all counsel of record.

1